NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNY PLACENCIA,                    )
                                     )        No. C 09-01347 JF (PR)
            Petitioner,              )
                                     )        ORDER OF DISMISSAL
   vs.                               )
                                     )
                                     )
BEN CURRY, Warden,                   )
                                     )
            Respondent.              )
_____)

        Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2254 on March 27, 2009.  That same day, the clerk of the

Court sent a notification to Petitioner that the petition was deficient because he did not

pay the filing fee or file an In Forma Pauperis Application.  (Docket No. 2)  Along with

the notice, Petitioner was mailed the Court's In Forma Pauperis Application, instructions

for completing such an application, including a certificate of funds form completed and

signed by a prison official, and a return envelope.  Petitioner was informed that failure to

respond within thirty days of the notice would result in the dismissal of this action.  The

deadline as since passed, and Petitioner has failed to respond.

        Accordingly, this case is DISMISSED without prejudice for failure to pay the

1   filing fee or file a completed <u>in forma pauperis</u> application.

2       IT IS SO ORDERED.

3   Dated:     6/5/09

                                  JEREMY FOGEL

4                                     United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY PLACENCIA,

                Petitioner,

  v.

BEN CURRY, Warden,

                Respondent.
_____/

      Case Number: CV09-01347 JF

      **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/19/09_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny Placencia H-70449
Correctional Training Facility
P.O. Box 689
(GW-206-Up)
Soledad, CA 93960-0689

Dated: _____6/19/09_____

                Richard W. Wieking, Clerk